| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Grandy, Laura K. | Bankruptcy Court - Southern Illinois | 05/14/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief U.S. Bankruptcy Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final | 01/01/2013 to 12/31/2013 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

Melvin Price Federal Building and
United States Courthouse
750 Missouri Avenue
East St. Louis, IL 62201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 3/02/2010 | Mathis Marifian & Richter LTD See Note in Part VIII |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | Mathis Marifian & Richter LTD | $88,431.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Bankruptcy Association of Southern Illinois (BASIL) Professional Organization | 04/12/2013 - 04/12/2013 | Fairview Heights, Illinois | Professional Organization Activity | Meals |
| 2. | National Conference of Bankruptcy Judges | 10/29/2013 - 11/01/2013 | Atlanta, Georgia | Professional Organization Activity | Lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 05/14/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of Springfield | Note Payable (Co-signer on Debt) | K |
| 2. | FCB - Swansea | Mortgage on building owned by MMRG Building LLC | K |
| 3. | First Bank | Mortgage - Mc Fessel Property | K |
| 4. | Bank of Springfield | Mortgage - Pineywood Property | K |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Northwestern Mutual Varible Annuity | B | Dividend | L | T | | | | | |
| 2. Northwestern Mutual 65 Life Insurance Policy | C | Dividend | L | T | | | | | |
| 3. Northwestern Mutual Variable CompLife Insurance Policy | B | Dividend | L | T | | | | | |
| 4. Northwestern Mutual 65 Life Insurance Policy | B | Dividend | L | T | | | | | |
| 5. Raymond James Morgan Keegan Trust U/A DTD 7/02/98 | | | | | | | | | |
| 6. - Cash/Money Market Series 2 term | A | Int./Div. | K | T | | | | | |
| 7. - Apple Inc (AAPL) | | None | L | T | | | | | |
| 8. - First Eagle Global Fund A (SGENX) | C | Dividend | M | T | | | | | |
| 9. - First Eagle US Value Fund A (FEVAX) | B | Dividend | L | T | | | | | |
| 10. -Federated Kaufmann Large Cap C (KLCCX) | B | Dividend | L | T | | | | | |
| 11. - Freeport McMorgan Copper and Gold Class B (FCX) | | None | J | T | | | | | |
| 12. - FT Capital Strength Ser 14 Cash | A | Interest | K | T | | | | | |
| 13. - Ivy Core Equity Fund (WCEAX) | A | Dividend | K | T | | | | | |
| 14. - Nuance Communications Inc (NUAN) | | None | | | Sold | 12/28/13 | J | A | |
| 15. Raymond James Morgan Keegan | | | | | | | | | |
| 16. - Apple Inc (AAPL) | B | Dividend | L | T | | | | | |
| 17. - Federated Kaufmann Large Cap A (KLCAX) | B | Dividend | L | T | Sold (part) | 09/27/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - First Eagle Global Fund A (SGENX) | B | Dividend | K | T | | | | | |
| 19. - American Funds New Perspective A (ANWPX) | B | Dividend | | | Sold | 09/30/13 | L | A | |
| 20. - Riverfront Long Term Growth (RLTCX) | A | Dividend | K | T | | | | | |
| 21. - First Eagle Global Fund A (SGENX) | B | Dividend | K | T | | | | | |
| 22. - First Trust Dow Jones Internet (FDN) | | None | | | Sold | 09/03/13 | J | A | |
| 23. - First Trust S&P REIT Index Fd (FRI) | A | Dividend | | | Sold | 07/02/13 | J | A | |
| 24. - First Trust CNSMR Disc Alpha (FXD) | A | Dividend | | | Buy (add'l) | 07/05/13 | J | | |
| 25. | | | | | Sold (part) | 09/03/13 | J | A | |
| 26. | | | | | Sold | 11/06/13 | J | A | |
| 27. - First Trust Consumer Staples (FXG) | A | Dividend | | | Sold (part) | 07/05/13 | J | A | |
| 28. | | | | | Sold | 09/03/13 | J | A | |
| 29. - First Trust Health Care Alpha (FXH) | A | Dividend | | | Sold | 07/05/13 | J | A | |
| 30. Furmanite Corporation (FRM) | A | Dividend | J | T | Buy | 10/16/13 | J | | |
| 31. First Trust Technology Dividend Portfolio Series E | A | Dividend | K | T | Buy | 09/30/13 | K | | |
| 32. First Trust Energy Select Portfolio Series 48 | A | Dividend | K | T | Buy | 09/30/13 | K | | |
| 33. Federated Strategic Value Div (SVAAX) | A | Dividend | K | T | Buy | 09/27/13 | K | | |
| 34. Fundamental Investors Fund Class A (ANCFX) | A | Dividend | L | T | Buy | 09/27/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Putnam Capital Spectrum Fund Class C (PVSCX) | A | Dividend | K | T | Buy | 09/30/13 | K | | |
| 36. -Dodge & Coxx Income (DODIX) | A | Dividend | | | Sold | 07/16/13 | J | A | |
| 37. - American Funds Europacific (AEGFX) | A | Dividend | J | T | | | | | |
| 38. - AF American Mutual F2 (AMRFX) | A | Dividend | J | T | | | | | |
| 39. - Artisan International (ARTIX) | A | Dividend | J | T | | | | | |
| 40. - Champlain Mid Cap Fund (CIPMX) | A | Dividend | J | T | | | | | |
| 41. - Perkins Mid Cap Value A (JDPAX) | A | Dividend | J | T | | | | | |
| 42. - JP Morgan US Large Cap Core Plus (JLPSX) | A | Dividend | J | T | | | | | |
| 43. - MFS Research Fund Class A (MFRFX) | A | Dividend | J | T | | | | | |
| 44. - Nuveen Winslow Large Cap Growth I (NULIX) | | None | J | T | | | | | |
| 45. - Trowe Price Smallcap Value Adv (PASVX) | A | Dividend | J | T | | | | | |
| 46. - Pimco Commodity Real Return (PCRPX) | A | Dividend | | | Sold | 04/30/13 | J | A | |
| 47. - JP Morgan Core Bond Fund A (PGBOX) | A | Dividend | J | T | | | | | |
| 48. Pimco Unconstrained Bond Fund (PUCPX) | A | Interest | J | T | Buy | 07/18/13 | J | | |
| 49. - Pimco Total Return Fund P (PTTPX) | A | Dividend | | | Sold | 07/16/13 | J | A | |
| 50. - Legg Mason Clearbridge Equity (SOPAX) | A | Dividend | J | T | | | | | |
| 51. Loomis Sayles Growth Fund (LSGRX) | A | Dividend | J | T | Buy | 07/18/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Templeton Global Bond Fund (TGBAX) | A | Dividend | J | T | | | | | |
| 53. - Wells Fargo Advantage Int. (WFVDX) | A | Dividend | J | T | | | | | |
| 54. - AQR Diversified Arbitrage N (ADANX) | A | Dividend | J | T | | | | | |
| 55. - Neugerger Berman Income Bond (NHIAX) | A | Dividend | J | T | | | | | |
| 56. -Ishares GS Investop Corp Bond (LQD) | A | Dividend | | | Sold | 01/31/13 | J | A | |
| 57. First Trust Mult Cap Value (FAB) | A | Dividend | | | Buy | 01/28/13 | J | | |
| 58. | | | | | Sold | 03/13/13 | J | A | |
| 59. -First Trust Large Cap Core Alpha Dex Fund (FEX) | | None | | | Sold | 03/13/13 | J | A | |
| 60. SPDR S&P Emerging Aisa Pacific (GMF) | A | Dividend | | | Buy | 01/28/13 | J | | |
| 61. | | | | | Sold | 03/13/13 | J | A | |
| 62. -SPDR SE TR SPDR S&P Retail ETF (XRT) | | None | | | Sold | 01/31/13 | J | A | |
| 63. -Vanguard Midcap Growth (VOT) | A | Dividend | | | Sold (part) | 01/31/13 | J | A | |
| 64. | | | | | Sold | 03/13/13 | J | A | |
| 65. - Ishares Morningstar Large Growth (JKE) | A | Dividend | | | Sold | 03/13/13 | J | A | |
| 66. Ishares S&P Global Fin Sec (IXG) | A | Dividend | | | Buy | 01/28/13 | J | | |
| 67. | | | | | Sold | 03/13/13 | J | A | |
| 68. - Greenhaven Continous Commodity (GCC) | | | | | Sold | 01/31/13 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Vanguard FTSE All World Exchange (VEU) | A | Dividend | | | Sold | 03/13/13 | J | A | |
| 70. Vanguard Total Bond Market (BND) | | None | | | Buy | 01/31/13 | J | | |
| 71. | | | | | Sold | 03/13/13 | J | A | |
| 72. - SPDR S&P Homebuilders (XHB) | A | Dividend | | | Sold (part) | 01/31/13 | J | A | |
| 73. | | | | | Sold | 03/13/13 | J | A | |
| 74. - Powershares Build American Bond (BAB) | A | Dividend | | | Buy (add'l) | 01/31/13 | J | | |
| 75. | | | | | Sold | 03/13/13 | J | A | |
| 76. - Powershares DYN Lg Cap (PWV) | A | Dividend | | | Sold | 03/13/13 | J | A | |
| 77. Powershares DB Base Metals (DBB) | A | Dividend | | | Buy | 01/28/13 | J | | |
| 78. | | | | | Sold | 03/13/13 | J | A | |
| 79. - SPDR Barclays Captl Sht Trm (SJNK) | A | Dividend | | | Buy (add'l) | 01/31/13 | J | | |
| 80. | | | | | Sold | 03/13/13 | J | A | |
| 81. - Vanguard European (VGK) | A | Dividend | | | Sold | 03/13/13 | J | A | |
| 82. - SPDR S&P Pharmaceuticals (XPH) | A | Dividend | | | Sold | 03/13/13 | J | A | |
| 83. - Technology Select Sec SPDR (XLK) | | None | | | Sold | 03/13/13 | J | A | |
| 84. First Trust S&P Reit Index Fund (FRI) | A | Dividend | J | T | Buy | 03/15/13 | J | | |
| 85. First Trust ETF Fund II Finl Alphadex Fund Annual (FXO) | A | Dividend | | | Buy | 03/15/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 08/06/13 | J | A | |
| 87. First Trust ETF II Consumer Staples Alphadex (FXG) | A | Dividend | J | T | Buy | 03/15/13 | J | | |
| 88. First Trust Health Care Alphadex FD ETF (FXH) | | None | | | Buy | 03/15/13 | J | | |
| 89. | | | | | Sold | 09/03/13 | J | A | |
| 90. | | | J | T | Buy | 11/06/13 | J | | |
| 91. First Trust Exchange Traded Alphadex (FDT) | A | Dividend | | | Buy | 03/15/13 | J | | |
| 92. | | | | | Sold | 06/10/13 | J | A | |
| 93. First Trust Exchange Traded Fund II Emerging MKTS (FEM) | A | Dividend | | | Buy | 03/15/13 | J | | |
| 94. | | | | | Sold | 06/10/13 | J | A | |
| 95. First Trust Exchange Traded Alpha Fund Mid Cap (FNK) | | None | | | Buy | 03/15/13 | J | | |
| 96. | | | | | Sold | 05/06/13 | J | A | |
| 97. Ishares TR Barclys (SHY) | | None | J | T | Buy | 03/15/13 | J | | |
| 98. | | | | | Buy | 03/15/13 | J | | |
| 99. | | | | | Sold (part) | 08/19/13 | J | A | |
| 100. Virtus Emerging Markets Opportunities (HIEMX) | A | Dividend | J | T | Buy | 05/02/13 | J | | |
| 101. First Trust Morningstar DIVID Learders (FDL) | A | Dividend | | | Buy | 05/06/13 | J | | |
| 102. | | | | | Sold | 06/06/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Oasis Pete INC (OAS) | A | Dividend | | | Buy | 06/20/13 | J | | |
| 104. | | | | | Sold | 09/30/13 | J | A | |
| 105. First Traded Exchange Traded Small Cap (FYT) | A | Dividend | J | T | Buy | 06/06/13 | J | | |
| 106. First Trust Exchange Traded Europe (FEP) | A | Dividend | J | T | Buy | 06/10/13 | J | | |
| 107. First Trust Exchange Traded Dev MKTS (FEMS) | A | Dividend | J | T | Buy | 06/10/13 | J | | |
| 108. Powershares DB Commodity (DBC) | | None | | | Buy | 06/20/13 | J | | |
| 109. | | | | | Sold | 06/28/13 | J | A | |
| 110. First Trust ETF II INDLS PRO (FXR) | A | Dividend | J | T | Buy | 07/05/13 | J | | |
| 111. | | | | | Sold | 08/06/13 | J | A | |
| 112. | | | J | T | Buy | 10/04/13 | J | | |
| 113. Ishares S&P GSCI Commodity (GSG) | | None | | | Buy | 07/11/13 | J | | |
| 114. | | | | | Buy (add'l) | 07/17/13 | J | | |
| 115. | | | | | Sold | 10/31/13 | J | A | |
| 116. Ishares 1 -10 Y TR BD (IEF) | A | Interest | J | T | Buy | 08/19/13 | J | | |
| 117. First Trust Cyclical Strenth Portfolio Series 2 term | A | Interest | K | T | Buy | 09/23/13 | K | | |
| 118. Raymond James Morgan Keegan | | | | | | | | | |
| 119. - Cash/Money Market | A | Interest | J | T | | | | | |

1. Income Gain Codes:      A =$1,000 or less         B =$1,001 - $2,500        C =$2,501 - $5,000         D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000    G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes             J =$15,000 or less       K =$15,001 - $50,000       L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                       P4 =More than $50,000,000
3. Value Method Codes       Q =Appraisal             R =Cost (Real Estate Only)  S =Assessment              T =Cash Market
   (See Column C2)          U =Book Value            V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Blackrock Global A (MDLOX) | A | Dividend | J | T | Buy (add'l) | 01/22/13 | J | | |
| 121. - Blackrock Global B (MBLOX) | A | Dividend | K | T | | | | | |
| 122. -Loomis Sayles Income Fund Cl A (NEFZX) | A | Dividend | K | T | | | | | |
| 123. -Lord Abbett Bond (LBNDX) | A | Dividend | J | T | | | | | |
| 124.          Swansea, Illinois (2001 $110,000) | | None | M | R | | | | | See Note in Part VIII |
| 125. McFessel Drive, Fairview Heights, IL (2005, $55,000) | C | Rent | L | R | | | | | |
| 126. MMRG Bldg , Belleville, Illinois (2003, $370,000) | E | Rent | N | R | | | | | |
| 127. Merrill Lynch | | | | | | | | | |
| 128. - Cash/Money Market | A | Interest | J | T | | | | | |
| 129. - FIA Card Services Money Market Account | A | Interest | K | T | | | | | |
| 130. Abbvie Inc Shs (ABBV) | A | Dividend | J | T | Buy | 06/07/13 | J | | |
| 131. Automatic Data Proc (ADT) | A | Dividend | J | T | Buy | 07/02/13 | J | | |
| 132. - Altria Group Inc (MO) | A | Dividend | J | T | Sold (part) | 05/09/13 | J | A | |
| 133. - American Tower Reit Inc (AMT) | A | Dividend | | | Buy (add'l) | 01/18/13 | J | | |
| 134. | | | | | Sold | 08/09/13 | J | A | |
| 135. -Apple Inc (AAPL) | | None | | | Sold | 04/22/13 | J | A | |
| 136. - Ares Capital Corp (ARCC) | B | Dividend | | | Buy (add'l) | 01/02/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 04/04/13 | J | | |
| 138. | | | | | Sold (part) | 05/08/13 | J | A | |
| 139. | | | | | Sold (part) | 08/06/13 | J | A | |
| 140. | | | | | Sold | 12/30/13 | J | A | |
| 141. - Atlas Pipeline Prtnrs LP (APL) | A | Int./Div. | J | T | | | | | |
| 142. Baron Partners Fund CL (BPTIX) | | None | J | T | Buy | 07/02/13 | J | | |
| 143. - CenturyLink Inc Shs (CTL) | A | Dividend | | | Sold (part) | 08/07/13 | J | A | |
| 144. | | | | | Sold | 08/09/13 | J | A | |
| 145. Chevron Corp (CVX) | | None | J | T | Buy | 12/31/13 | J | | |
| 146. - Comcast Corp New CL A (CMCSA) | A | Dividend | J | T | | | | | |
| 147. Conagra Foods Inc (CAG) | A | Dividend | | | Buy | 01/29/13 | J | | |
| 148. | | | | | Sold | 09/23/13 | J | A | |
| 149. - Consellation Brands Inc (STZ) | | None | | | Buy | 01/28/13 | J | | |
| 150. | | | | | Sold | 06/11/13 | J | C | |
| 151. -Diageo PLC SPSD ADR NEW (DEO) | A | Dividend | J | T | | | | | |
| 152. - Energy Transfer Ptrns LP (ETP) | B | Dividend | K | T | | | | | |
| 153. - Express Scripts Inc COM (ESRX) | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Exterran Partners LP (EXLP) | A | Dividend | J | T | Buy | 04/09/13 | J | | |
| 155. | | | | | Buy (add'l) | 04/11/13 | J | | |
| 156. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 157. | | | | | Buy (add'l) | 05/11/13 | J | | |
| 158. Ford Motor Co (F) | A | Dividend | | | Buy | 09/11/13 | J | | |
| 159. | | | | | Sold | 12/23/13 | J | A | |
| 160. -Health Care Reit Inc Com (HCN) | A | Dividend | | | Sold | 01/31/13 | J | A | |
| 161. Henderson GlobalEquity (HFQIX) | A | Dividend | J | T | Buy | 11/22/13 | J | | |
| 162. Himax Technologies Adr (HIMX) | | None | J | T | Buy | 10/17/13 | J | | |
| 163. Kansas City Southern (KSU) | A | Dividend | K | T | | | | | See Note Part VIII |
| 164. - Kinder Morgan Energy (KMP) | B | Dividend | | | Sold | 05/10/13 | J | | |
| 165. -Kraft Foods Inc VA CL A (KFT) | A | Dividend | J | T | | | | | |
| 166. - Mondelez International Inc (MDLZ) | A | Dividend | J | T | Buy (add'l) | 04/19/13 | J | | |
| 167. - Orexigen Therap Inc (OREX) | | None | J | T | Buy (add'l) | 03/13/13 | J | | |
| 168. PNC Fincl Services Group (PNC) | A | Dividend | | | Buy | 01/02/13 | J | | |
| 169. | | | | | Buy (add'l) | 01/07/13 | J | | |
| 170. | | | | | Sold | 03/18/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Qualcomm Inc (QCOM) | A | Dividend | | | Sold (part) | 05/06/13 | J | A | |
| 172. | | | | | Sold (part) | 06/12/13 | J | A | |
| 173. | | | | | Sold | 06/24/13 | J | A | |
| 174. Sirus XM Holdings Inc (SIRI) | | None | J | T | | | | | See Note in Part VIII |
| 175. Suncor Energy Inc New (SU) | A | Dividend | J | T | Buy | 05/07/13 | J | | |
| 176. Three D Systems New (DDD) | | None | J | T | Buy | 11/07/13 | J | | |
| 177. | | None | J | T | Buy (add'l) | 11/22/13 | J | | |
| 178. Under Armour Inc (UA) | | None | J | T | Buy | 05/01/13 | J | | |
| 179. | | None | J | T | Buy (add'l) | 05/07/13 | J | | |
| 180. United Techs Corp (UTX) | A | Dividend | J | T | Buy | 09/18/13 | J | | |
| 181. - Ventas Inc (VTR) | A | Dividend | | | Sold | 11/29/13 | J | A | |
| 182. - Walmart Stores Inc (WMT) | A | Dividend | | | Sold (part) | 08/20/13 | J | A | |
| 183. | | | | | Sold (part) | 08/26/13 | J | A | |
| 184. | | | | | Sold | 09/23/13 | J | A | |
| 185. Weyerhauser Co (WY) | | None | | | Buy | 05/06/13 | J | | |
| 186. | | | | | Sold | 10/24/13 | J | A | |
| 187. Wisdomtree Invts Inc (WETF) | | None | J | T | Buy | 05/15/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | None | J | T | Buy (add'l) | 05/22/13 | J | | |
| 189. | | None | J | T | Buy (add'l) | 05/22/13 | J | | |
| 190. -Yum Brands Inc (YUM) | A | Dividend | J | T | Sold (part) | 04/26/13 | J | A | |
| 191. Federated International (FGFLX) | | None | | | Buy | 01/28/13 | J | | |
| 192. | | | | | Sold (part) | 05/16/13 | J | A | |
| 193. | | | | | Sold (part) | 05/21/13 | J | A | |
| 194. | | | | | Sold | 07/01/13 | J | A | |
| 195. - Federated Prudent Bear (PBRIX) | | None | | | Sold | 03/01/13 | J | A | |
| 196. Franklin Incom Fd Adv (FRIAX) | | None | J | T | Buy | 05/07/13 | J | | |
| 197. Honeywell Intl Inc Del (HON) | A | Dividend | J | T | Buy | 08/22/13 | J | | |
| 198. Ishares Intl Select (IDV) | | None | J | T | Buy | 08/07/13 | J | | |
| 199. | | | | | Buy (add'l) | 08/14/13 | J | | |
| 200. | | | | | Sold (part) | 11/26/13 | J | A | |
| 201. Ishares Nasdaq Biotech (IBB) | A | Dividend | J | T | Buy | 04/23/13 | J | | |
| 202. Pfizer Inc (PFE) | A | Dividend | J | T | Buy | 08/05/13 | J | | |
| 203. - Putnam Diversified (PDVYX) | A | Dividend | J | T | | | | | |
| 204. -TCW Emerging (TGEIX) | B | Dividend | | | Buy (add'l) | 01/29/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 03/07/13 | J | A | |
| 206. | | | | | Sold (part) | 05/07/13 | J | A | |
| 207. | | | | | Sold (part) | 05/29/13 | J | A | |
| 208. | | | | | Sold (part) | 06/03/13 | J | A | |
| 209. | | | | | Sold (part) | 06/07/13 | J | A | |
| 210. | | | | | Sold | 06/12/13 | J | A | |
| 211. Twenty First Century (FOX) | A | Dividend | J | T | Buy | 08/09/13 | J | | |
| 212. | | | | | Buy (add'l) | 08/14/13 | J | | |
| 213. The Oakmark INTL Fund (OAKIX) | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 214. Wisdomtree Trust Japan (DXJ) | A | Dividend | J | T | Buy | 01/09/13 | J | | |
| 215. - Wisdomtree Emerging Mrkt (DEM) | A | Dividend | J | T | Sold (part) | 04/04/13 | J | A | |
| 216. | | | | | Sold (part) | 04/05/13 | J | A | |
| 217. -Kinder Morgan Energy Partners LP | B | Int./Div. | J | T | Sold (part) | 04/12/13 | J | A | |
| 218. -Energy Transfer PTNRS LP | B | Int./Div. | K | T | | | | | See Note in Part VIII |
| 219. Bank of America - Merrill Lynch Wealth Management | | | | | | | | | |
| 220. - Money Manager Checking Sweep Acct | A | Interest | J | T | | | | | |
| 221. - ING Groep N.V. PFD (IGK) | C | Int./Div. | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Bank of America NA Market CD (MAT) | B | Interest | M | T | | | | | |
| 223. - AXA Equitable Life INS CO Accumulator 2004 | B | Int./Div. | M | T | | | | | |
| 224. - Altra Group Inc (MO) | A | Dividend | J | T | | | | | |
| 225. - Apple Inc (AAPL) | A | Dividend | K | T | | | | | |
| 226. - First TR S & P REIT Index (FRI) | A | Dividend | J | T | | | | | |
| 227. - Home Depot Inc (HD) | A | Dividend | J | T | | | | | |
| 228. - IVY Municipal High Income (WYMHX) | A | Dividend | K | T | | | | | |
| 229. - Pepsico Inc (PEP) | A | Dividend | J | T | | | | | |
| 230. - Pfizer Inc (PFE) | A | Dividend | J | T | | | | | |
| 231. - Regions Finl Corp (RF) | | None | J | T | | | | | |
| 232. - Salesforce Com Inc (CRM) | | None | J | T | | | | | |
| 233. - Alliancebernstein High (ABTYX) | A | Dividend | K | T | | | | | |
| 234. - Invesco Van Kampen High (ACTDX) | A | Dividend | K | T | | | | | |
| 235. - Oppenheimer Amt Free (OMFYX) | A | Dividend | J | T | | | | | |
| 236. | | | | | | | | | |
| 237. | | | | | | | | | |
| 238. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II:

Line 1 - Payments for percentage of collections of fees for work performed and generated by Judge, prior to departure.

Part VII:

Line 124 - Residential Real Property which is currently occuppied          No income received.

Line 163 - Investment listed on previous report as a complete disposition of asset.  However, was only a partial disposition.

Line 174 - Investment named changed from Sirius XM Radio Inc. to Sirus XM Holdings Inc.  Same Trade code (SIRI.)

Line 217/218 - Publicly Traded Partnership that generates interest and dividends.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Laura K. Grandy

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544